[No. 18657-8-II.    Division Two.    September 6, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES H. LEUPP, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-1-00062-7, Gordon Godfrey, J., entered September 19, 1994. *Reversed* by unpublished per curiam opinion.


[No. 18767-1-II.    Division Two.    September 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CURRY MARVIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 21-8-97906-0, Terrence McCarthy, J., entered September 23, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Bridgewater, J.


[No. 19601-8-II.    Division Two.    September 6, 1996.]

*In the Matter of the Dependency of J.J.*

Appeal from a judgment of the Superior Court for Lewis County, No. 94-7-00068-0, Milton R. Cox, J., entered May 15, 1995. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton, A.C.J., and Bridgewater, J.


[Nos. 33818-8-I; 33915-0-I.    Division One.    September 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN STACIE TURNER, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 93-1-04722-0; 93-1-04721-1, Frank L. Sullivan, J., entered December 9, 1993 and December 6, 1993. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse and Cox, JJ.